FILED 09 JAN 15 15:34 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JERRY O. HARDAWAY,<br><br>        Petitioner,<br><br>v.<br><br>AJ SANTOS, Superintendent, Eastern Oregon Correctional Institution,<br><br>        Respondent. | Civil Case No. 06-1208-AC<br><br>O R D E R |

Thomas J. Hester
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204

    Attorney for Petitioner

Page 1 - ORDER

Hardy Myers
Attorney General
Mark D. Lay
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon 97301

    Attorneys for Respondent

KING, Judge:

The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on December 30, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#35).

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is denied.

DATED this 15th day of January, 2009.

                                    /s/ Garr M. King
                                    GARR M. KING
                                    United States District Judge